(SPACE BELOW FOR FILING STAMP ONLY)

**MARK W. COLEMAN #117306**
**NUTTALL COLEMAN & WILSON**
2445 CAPITOL STREET, SUITE 150
FRESNO, CA 93721
PHONE (559) 233-2900
FAX (559) 485-3852

ATTORNEYS FOR   Defendant,
                MATTHEW PLUNKETT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>JAMES SANDERSON<br><br>Defendant. | Case No.:  6:11-mj-00004-MJS<br><br>**WAIVER OF APPEARANCE**<br>**AND**<br>**ORDER** |

TO:   **THE UNITED STATES DISTRICT COURT; UNITED STATES ATTORNEY'S OFFICE and/or ITS REPRESENTATIVES:**

Defendant, JAMES SANDERSON, by and through his attorney MARK W. COLEMAN, of NUTTALL COLEMAN & WILSON, hereby applies to this court for an Order waiving his appearance at the hearing currently set for Tuesday, March 1, 2011, at 10:00 a.m.

The reason for this request is that it is very difficult for defendant to make the trip from his home in Fresno, California, to Yosemite because of the distance involved. MR. SANDERSON has been in continued contact with his attorney, and gives his attorney full power to act on his behalf. The matter of the court appearance has been discussed. MR. SANDERSON is satisfied that all relative matters have been adequately discussed.

///

///

///

It is hereby requested that JAMES SANDERSON appearance at the hearing on March 1, 2011, at 10:00 a.m., be excused.

DATED: February 23, 2011.        Respectfully submitted,

NUTTALL & COLEMAN

/s/ MARK W. COLEMAN

MARK W. COLEMAN
Attorney for Defendant,
JAMES SANDERSON

\* \* \* \* \* \*

## ORDER

Good cause appearing,

**IT IS HEREBY ORDERED** that Defendant, JAMES SANDERSON, is hereby excused from appearing at the hearing currently scheduled for March 1, 2011, at 10:00 a.m.

IT IS SO ORDERED.

Dated:   February 24, 2011           /s/ *Michael J. Seng*
                                     UNITED STATES MAGISTRATE JUDGE